931 A.2d 629

**The Honorable Stephen R. REED, Mayor of the City of Harrisburg, Harrisburg Authority and Fred Clark, Petitioners,**

v.

**The HARRISBURG CITY COUNCIL, Susan Brown Wilson, Patty Kim, Daniel C. Miller, Gloria Martin–Roberts, Linda Thompson, Erica Bryce, James E. Ellison and Eric Papenfuse, Respondents.**

Supreme Court of Pennsylvania.

Aug. 24, 2007.

## *ORDER*

PER CURIAM.

**AND NOW,** this 24th day of August 2007, the Petition for Allowance of Appeal is DENIED.

Justice SAYLOR dissents.

As Mr. Justice Saylor is in agreement with the approach of President Judge Leadbetter and Judge Leavitt—who would have affirmed the common pleas court's order of February 27, 2007, vacated the order of March 29, 2007, and remanded for findings on the issue of right to relief—he would allow the present appeal to effectuate this position.